# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Camden, NJ

SCOTT CHEESMAN

                        Plaintiff,

v.                                          Case No.: 1:18–cv–17282–RMB–AMD

                                                    Judge Renee Marie Bumb

ANA RECOVERY, LLC, et al.

                        Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

    It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 28th day of May, 2019,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


                /s/ Renee Marie Bumb
                _____
                RENEE MARIE BUMB United States District Judge